UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WEBSTER BIVENS,
BERNADETTE BIVENS,
CHELSEA BIVENS,
CHYNNA BIVENS,

    Plaintiffs,

v.              208CV026

SHIRLEY ROBERTS, et al.,

    Defendants.

## ORDER

In a prior Order this Court dismissed all claims against certain defendants who had filed motions under F.R.Civ.P. 12(b)(6) and 12(c). Doc. # 197. The Court dismissed plaintiffs' 18 U.S.C. § 1962 (RICO) and 42 U.S.C. § 1983 claims with prejudice, finding that plaintiffs had failed to state a claim on which relief could be granted. The Court also dismissed plaintiffs' state-law fraud claims without prejudice to plaintiffs' right to raise those claims in state court.

Defendants J. Thomas Whelchel, John P. McQuigg, and the Whelchel & McQuigg Law Firm were added to this suit in plaintiffs' Revised Second Amended Complaint, doc. # 188, and were not among the defendants who had filed a motion to dismiss. They now file a motion asking the Court to clarify whether all parties named as defendants in this proceeding have been dismissed. Doc. # 199.

As the defects in plaintiffs' RICO and § 1983 claims apply to all defendants (the Court found that there was no RICO pattern of racketeering activity and that none of the defendants were state actors for § 1983 purposes), the complaint is *DISMISSED* as to all the parties.[1] The Clerk is instructed to enter judgment for all defendants in this case including those in default.

This 13th day of April 2009.

*/s/ B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As was the case in its prior Order, doc. # 197, the state fraud claims are dismissed without prejudice.